IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No.13-cv-03281-RM-KMT

TESFAHUN TEDLA,

    Plaintiff,

v.

CENTRAL PARKING SYSTEM, INC.

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

The parties have filed a Joint Stipulated Motion to Dismiss With Prejudice (ECF No. 25). After review of the stipulation and the file, the Court has concluded that the stipulation should be approved and that Plaintiff Tesfahun Tedla's claims against Defendant Central Parking Systems, Inc. should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulated Motion to Dismiss With Prejudice (ECF No. 25) is APPROVED and GRANTED; and

2. That Plaintiff's claims against Defendant and this action are DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED this 18th day of July, 2014.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge